UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| WILLIAM HENRY HARRISON, | : | |
|  | : | Civil Action No. 08-3050 (RMB) |
| Plaintiff, | : | |
|  | : | |
| v. | : | **O R D E R** |
|  | : | (CLOSED) |
| MS. K. SMITH, et al., | : | |
|  | : | |
| Defendants. | : | |

The Court having considered Plaintiff's application to proceed in forma pauperis and file the complaint without prepayment of fees pursuant to 28 U.S.C. § 1915; and the Court having screened the complaint to determine whether dismissal is warranted pursuant to 28 U.S.C. § 1915(e)(2);

It is on this **28th** day of **July** 2009,

**ORDERED** that Plaintiff may proceed in forma pauperis without prepayment of the $350.00 filing fee pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

**ORDERED** that the Clerk of the Court is directed to file the complaint and amended complaint in the above-captioned action; and it is further

**ORDERED** that the amended complaint is hereby dismissed, for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and it is further

**ORDERED** that any state law claims asserted by Plaintiff are hereby dismissed, without prejudice, pursuant to 28 U.S.C. § 1367(c)(3); and it is finally

**ORDERED** that the Clerk of the Court shall close this case.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge
