# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WILLIAM HENRY HARRISON

    Plaintiff,

v.

MS. K. SMITH, et al

    Defendants.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: **08-3050**

**APPEAL**

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ **GRANTED**

☐ **DENIED**, for the following reasons:

_____

_____.

ENTERED this _21st_ day of _May_, 2010

*[signature]*

Hon. Renee Marie Bumb, USDCJ